UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESSNA FINANCE CORPORATION,<br><br>                          Petitioner,<br><br>      v.<br><br>AL GHAITH HOLDING COMPANY PJSC,<br><br>                          Respondent. | 15 Civ. 9857 (PGG)<br><br>**NOTICE OF MOTION TO SUBSTITUTE CESFIN VENTURES LLC AS PETITIONER IN THIS ACTION** |

**PLEASE TAKE NOTICE** THAT, Petitioner Cessna Finance Corporation, by its counsel Holland & Knight LLP, will move this Court before the Honorable Paul G. Gardephe, United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 705, New York, New York 10007, for an order, pursuant to Federal Rules of Civil Procedure 25(c): (a) substituting CesFin Ventures LLC for Cessna Finance Corporation as the petitioner in this action; (b) amending the caption to reflect CesFin Ventures LLC as the petitioner; and (c) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Petitioner Cessna Finance Corporation will rely on the Declaration of Mitchell J. Geller, dated September 8, 2020, together with the exhibits annexed thereto, and the Memorandum of Law, dated September 8, 2020.

Dated:  New York, New York
           September 8, 2020

MEMO ENDORSED
Respondent will file any opposition by September 23, 2020.  Petitioner will file any reply by September 30, 2020.

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge

September 9, 2020

HOLLAND & KNIGHT LLP
*Attorneys for Petitioner*
*Cessna Finance Corporation*

By:   *s/Mitchell J. Geller*
        Mitchell J. Geller

2

Warren E. Gluck<br>
Mitchell J. Geller<br>
Elliot A. Magruder<br>
31 West 52nd Street<br>
New York, New York 10019<br>
Phone: (212) 513-3200<br>
Fax; (212) 385-9010<br>
warren.gluck@hklaw.com<br>
mitchell.geller@hklaw.com<br>
elliot.magruder@hklaw.com

TO:     ALL COUNSEL OF RECORD (via ECF)

#78227378_v1