UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CESSNA FINANCE CORPORATION,          :

                Petitioner,          :

    -against-                                    :          **ORDER**

AL GHAITH HOLDING COMPANY PJSC,   :          15-CV-9857 (PGG) (KNF)

                Respondent.         :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    By an order dated March 9, 2021, the supervision, generally, of pretrial matters was referred to the undersigned. Docket Entry No. 91. Given the March 6, 2021 substitution of counsel for the defendant, Docket Entry No. 88, the parties are directed to: (1) meet and confer in good faith and expeditiously, via telephone or a video conference platform such as Zoom, to attempt to resolve any discovery issues without the Court's assistance; and (2) comply with the Court's Individual Rules of Practice in connection with any matters within the scope of the Amended Order of Reference, Docket Entry No.91.

Dated: New York, New York                              SO ORDERED:
       March 10, 2021

                                                                 /s/ Kevin Nathaniel Fox
                                                                KEVIN NATHANIEL FOX
                                                                 UNITED STATES MAGISTRATE JUDGE