UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CESSNA FINANCE CORPORATION,

                Petitioner,

       -against-                              **ORDER**
                                              15-CV-9857 (PGG)(KNF)

AL GHAITH HOLDING COMPANY
PJSC,
                Respondent
---------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on May 4, at 4:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York                SO ORDERED:
       April 30, 2021

                                                     _Kevin Nathaniel Fox_
                                               KEVIN NATHANIEL FOX
                                             UNITED STATES MAGISTRATE JUDGE