```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CESSNA FINANCE CORPORATION,

                    Petitioner,

         -against-                                              ORDER
                                                         15-CV-9857 (PGG)(KNF)
AL GHAITH HOLDING COMPANY
PJSC,
                    Respondent
---------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
```

A telephone conference was held with counsel to the respective parties on May 4, 2021, to address a dispute that had been brought to the Court's attention via correspondence; see Docket Entry No. 95. As a result of the discussion had during the conference, the defendant is directed to comply with the plaintiff's October 23, 2020 subpoena, which seeks documents to aid the plaintiff in enforcing an arbitration-related judgment.

Dated: New York, New York          SO ORDERED:
       May 4, 2021

                                   _____
                                   KEVIN NATHANIEL FOX
                                   UNITED STATES MAGISTRATE JUDGE