UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESSNA FINANCE CORPORATION,

                               Petitioner,

-against-

AL GHAITH HOLDING COMPANY PJSC,

                               Respondent.

**ORDER**

15 Civ. 9857 (PGG) (KNF)

PAUL G. GARDEPHE, U.S.D.J.:

        On October 12, 2021, counsel for Al Ghaith Holding Company PJSC ("Al Ghaith"), Wasser & Russ, LLP, requested leave to file a motion to withdraw as Al Ghaith's counsel under seal. (Dkt. No. 113) This Court granted Wasser & Russ's request on October 15, 2021, and Wasser & Russ filed its motion to withdraw under seal on October 18, 2021. (Dkt. Nos. 114, 116)

        Petitioner requests to be served with a copy of the motion to withdraw so that it may submit a response. (Dkt. Nos. 115, 117) Opposing parties are not afforded the right to respond to a motion to withdraw as counsel, however. Accordingly, Petitioner's request is denied.

        The Court will hold a hearing on the motion to withdraw on **November 9, 2021 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Petitioner will be afforded an opportunity to raise any concerns regarding the motion to withdraw at the hearing. A corporate representative for Defendant Al Ghaith will appear at the hearing.

Dated: New York, New York
        October 26, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge