USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CesFin Ventures LLC, | |
| Petitioner, | 1:15-cv-09857 (PGG) (SDA) |
| -against- | 1:21-cv-01395 (PGG) (SDA) |
| Al Ghaith Holding Company PJSC, et al., | ORDER |
| Respondents. | |

**STEWART D. AARON, United States Magistrate Judge:**

Having received no response from respondents Six Star Representation of Companies LLC ("Six Star"), Ali Hamel Khadem Al Ghaith Al Qubaisi, Ghaith Hamel Khadem Al Ghaith Al Qubaisi and Khalifa Hamel Khadem Al Ghaith Al Qubaisi (collectively, "the Ghaiths" and, together with Six Star, "Respondents") to the motions of their respective counsel, Barnes & Barnes, P.C. for Six Star and Campolo, Middleton & Associates, LLP ("CMM") for the Ghaiths, to withdraw as counsel (Barnes & Barnes Motion to Withdraw, ECF Nos. 142/146; CMM Motion to Withdraw, ECF Nos. 151/152), which were due by April 21, 2023 (*see* 3/14/2023 Order, ECF No. 149), it is hereby Ordered that the motions to withdraw are GRANTED.

The Court will give Respondents thirty days to secure new counsel. If Six Star has not appeared by counsel May 31, 2023, Petitioner shall, no later than June 7, 2023, seek a certificate of default from the Clerk of Court. *See, e.g., McFarlane v. Harry's Nurses Registry*, No. 17-CV-06350 (PKC) (PK), 2020 WL 1643781, at *15 (E.D.N.Y. Apr. 2, 2020) (corporate defendant's failure to obtain counsel is failure to "otherwise defend" under Federal Rule of Civil Procedure 55(a)). The Ghaiths are reminded that, even if they do not secure new counsel, they may appear *pro se*,

but are required to comply with all Court Orders and deadlines. Failure to do so may result in the imposition of sanctions, up to and including entry of a default judgment against them.

Respondents' withdrawing counsel shall serve a copy of this Order on Respondents and, no later than May 8, 2023, shall file proof of service on the docket.

**SO ORDERED.**

DATED:     New York, New York
           May 1, 2023

_____
STEWART D. AARON
United States Magistrate Judge