UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESFIN VENTURES LLC,

                Petitioner,

     v.

AL GHAITH HOLDING COMPANY PJSC,

                Respondent.

1:15-cv-9857 (PGG) (SDA)

## ORDER OF DISMISSAL

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 41(a)(2), Petitioner CesFin Ventures LLC and Respondent Al Ghaith Holding Company PJSC (together, the "**Parties**") have executed a settlement agreement and wish to dismiss the above-referenced action with prejudice, with each of the Parties bearing their own fees and costs;

**NOW, THEREFORE,** it is hereby **ORDERED** that this action is dismissed with prejudice, with each of the Parties to bear their own fees and costs.

DATED: New York, New York
       October __5__, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Date: October 5, 2023